**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 10-177-02 |
| RICHARD GOODE | : |

<u>**ORDER**</u>

   **AND NOW**, this   4th   day of January, 2016, upon consideration of the

Petitioner's Motion Under  28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc.

No. 106), and the Government's Response (Doc. No. 107), it is hereby **ORDERED** that the

Motion is **DENIED**.

   There is no probable cause to issue a Certificate of Appealability.


       BY THE COURT:


       <u>/s/ Robert F. Kelly</u>
       ROBERT  F. KELLY
       SENIOR  JUDGE