# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | **NO. 10-177-02** |
| v. | : | |
| | : | |
| **RICHARD GOODE** | : | |
| | : | |

## ORDER

**AND NOW**, this 2nd day of November 2020, upon consideration of Defendant's Motion for Compassionate Release (ECF No. 123), the Government's Response (ECF No. 126), Defendant's Reply in Support (ECF No. 134), and the Government's Surreply (ECF No. 136), it is hereby **ORDERED** that Defendant's Motion for Compassionate Release (ECF No. 123) is **DENIED**.

                                              **BY THE COURT:**

                                              /s/ Chad F. Kenney
                                              _____
                                              **CHAD F. KENNEY, J.**